| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BR Festivals, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-1531600** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 236**<br>**Napa, CA**<br>ZIP Code **94558** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Napa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 236**<br>**Napa, CA**<br>ZIP Code **94559** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**BR Festivals, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **BR Festivals, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ John H. MacConaghy
Signature of Attorney for Debtor(s)

John H. MacConaghy 083684
Printed Name of Attorney for Debtor(s)

MacConaghy & Barnier, PLC
Firm Name

645 First St. West, Suite D
Sonoma, CA 95476
Address

707-935-3205  Fax: 707-935-7051
Telephone Number

February 4, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Gabe Meyers
Signature of Authorized Individual

Gabe Meyers
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

February 4, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re **BR Festivals, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Accurate Staging<br>1820 West 135th St.<br>Gardena, CA 90249 | Accurate Staging<br>1820 West 135th St.<br>Gardena, CA 90249 | Trade debt | | 53,606.00 |
| ASCAP<br>Legal Dept., 6th Flr.<br>1 Lincoln Plaza<br>Attn.: Susan Haugh<br>New York, NY 10023 | ASCAP<br>Legal Dept., 6th Flr.<br>1 Lincoln Plaza<br>New York, NY 10023 | Trade Debt | | 135,000.00 |
| Brown United<br>P.O. Box 362<br>Attn. John Brown<br>Monrovia, CA 91017 | Brown United<br>P.O. Box 362<br>Monrovia, CA 91017 | Trade debt | | 131,000.00 |
| City of Napa<br>1100 West St.<br>Attn. Accounting<br>Napa, CA 94559 | City of Napa<br>1100 West St.<br>Attn. Accounting<br>Napa, CA 94559 | Permit fees | | 106,729.00 |
| Cressco<br>318 Stealth Ct.<br>Livermore, CA 94551 | Cressco<br>318 Stealth Ct.<br>Livermore, CA 94551 | Trade debt | | 87,000.00 |
| Crews Unlimited<br>448 Ignacio Blvd.<br>Novato, CA 94949 | Crews Unlimited<br>448 Ignacio Blvd.<br>Novato, CA 94949 | Trade debt | | 236,952.00 |
| Delicate Productions Inc.<br>874 Verdulera St.<br>Novato, CA 94949 | Delicate Productions Inc.<br>874 Verdulera St.<br>Novato, CA 94949 | Trade debt | | 298,247.00 |
| Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812 | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812 | Backup withholding for various out of state corporations and individuals | | 236,895.25 |
| Ghillotti Bros. Inc.<br>525 Jacoby St.<br>San Rafael, CA 94901 | Ghillotti Bros. Inc.<br>525 Jacoby St.<br>San Rafael, CA 94901 | Trade debt | | 56,000.00 |
| GNW Evergreen Insurance Services<br>P.O. Box 2005<br>Encino, CA 91416 | GNW Evergreen Insurance Services<br>P.O. Box 2005<br>Encino, CA 91416 | Trade debt | | 86,253.00 |

In re __BR Festivals, LLC_____    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Int'l Alliance of Theatrical Employees**<br>**Local 16 I.A.T.S.E.**<br>**240 Second St., First Floor**<br>**San Francisco, CA 94105** | **Int'l Alliance of Theatrical Employees**<br>**Local 16 I.A.T.S.E.**<br>**240 Second St., First Floor**<br>**San Francisco, CA 94105** | **Employee Wages** | | **300,000.00** |
| **Landmark Event Staffing Svcs**<br>**4131 Harbor Walk Dr.**<br>**Fort Collins, CO 80525** | **Landmark Event Staffing Svcs**<br>**4131 Harbor Walk Dr.**<br>**Fort Collins, CO 80525** | **Trade debt** | | **166,153.00** |
| **Matthew Eisenberg, Esq.**<br>**429 Montecito Blvd**<br>**Napa, CA 94559** | **Matthew Eisenberg, Esq.**<br>**429 Montecito Blvd**<br>**Napa, CA 94559** | **Professional services** | | **80,210.52** |
| **National Event Services, Inc.**<br>**4231 Pacific St., Ste. 1**<br>**Attn. Christy Feener**<br>**Rocklin, CA 95677** | **National Event Services, Inc.**<br>**4231 Pacific St., Ste. 1**<br>**Attn. Christy Feener**<br>**Rocklin, CA 95677** | **Trade debt** | | **162,750.00** |
| **Neuman Ltd. Parking**<br>**2676 Albatross Way**<br>**Sacramento, CA 95815** | **Neuman Ltd. Parking**<br>**2676 Albatross Way**<br>**Sacramento, CA 95815** | **Trade debt** | | **65,461.00** |
| **Reichers Spence & Assoc.**<br>**1541 3d St.**<br>**Napa, CA 94559** | **Reichers Spence & Assoc.**<br>**1541 3d St.**<br>**Napa, CA 94559** | **Trade debt** | | **57,000.00** |
| **Smoking Guns Tours, Inc.**<br>**c/o Matthew Morgan**<br>**Creative Artists Agency**<br>**401 Commerce St.,**<br>**Penthouse**<br>**Nashville, TN 37219** | **Smoking Guns Tours, Inc.**<br>**c/o Matthew Morgan**<br>**Creative Artists Agency**<br>**Nashville, TN 37219** | **Unfunded tax withholding** | | **50,336.25** |
| **Sweetspot Pictures**<br>**375 Ericksen Ave., Ste. 213**<br>**Bainbridge Island, WA 98110** | **Sweetspot Pictures**<br>**375 Ericksen Ave., Ste. 213**<br>**Bainbridge Island, WA 98110** | **Trade debt** | | **67,000.00** |
| **United Site Services**<br>**P.O. Box 53267**<br>**Phoenix, AZ 95072-3267** | **United Site Services**<br>**P.O. Box 53267**<br>**Phoeniz, AZ 95072-3267** | **Trade Debt** | | **174,782.00** |
| **Up and Under Pub**<br>**2 West Richmond Ave**<br>**Attn. Nathan Trivers**<br>**Richmond, CA 94801** | **Up and Under Pub**<br>**2 West Richmond Ave**<br>**Attn. Nathan Trivers**<br>**Richmond, CA 94801** | **Trade debt** | | **190,000.00** |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **BR Festivals, LLC** _____    Case No. _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 4, 2014** _____      Signature    **/s/ Gabe Meyers** _____

                                                 **Gabe Meyers**
                                                 **Manager**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **BR Festivals, LLC**,

Debtor

Case No. _____

Chapter    _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 610,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 535,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 236,895.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 3,742,963.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 610,000.00 | | |
| Total Liabilities | | | | 4,514,858.75 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **BR Festivals, LLC**                                   ,       Case No. _____
                                         Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **BR Festivals, LLC**                 ,       Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) |

  **0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re   **BR Festivals, LLC**                                    ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Bank Checking Account** | - | 10,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **10,000.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re     **BR Festivals, LLC** _____ ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Estimated sums due from CP Cooks Managment LLC and affiliates for unpaid share of food and beverage revenues.** | - | **600,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                Sub-Total >      **600,000.00**
                                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **BR Festivals, LLC**                           ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Title 5 Avoidance Claims against former "Insider" Jason W. Johnson for $3,026,849.32 withdrawn from Debtor in April, 2013. Market value is listed as "unknown" due to the speculative nature of any litigation recovery.** | - | **Unknown** |
| | | **Title 5 Avoidance Claims against Uptown Theatre Property, LLC for $500,000 nonrefundable deposit paid in April, 2013. Market value is listed as "unknown" due to the speculative nature of any litigation recovery** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

                                                                Sub-Total >        **0.00**
                                                      (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

In re    **BR Festivals, LLC** _____ ,    Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **610,000.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case: 14-10175    Doc# 1    Filed: 02/05/14    Entered: 02/05/14 12:57:35    Page 13 of 61

In re     **BR Festivals, LLC**                                                                , Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Bauer's Intelligent Transportation, Inc.** Pier 50 San Francisco, CA 94158 | X | - | **UCC-1 Financing Statement** **Estimated sums due from CP Cooks Managment LLC and affiliates for unpaid share of food and beverage revenues.** Value $   **600,000.00** | X | X | X | **535,000.00** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | **535,000.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **535,000.00** | **0.00** |

In re __BR Festivals, LLC__ , Case No. _____

                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re __BR Festivals, LLC_____,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Listed for notice only | | | | | | |
| Cal EDD 50 D St., Rm 415 Santa Rosa, CA 95404 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | 2013 | | | | | | |
| Franchise Tax Board Special Procedures P.O. Box 2952 Sacramento, CA 95812 | - | | | Backup withholding for various out of state corporations and individuals | | | | | 0.00 | |
| | | | | | | | | 236,895.25 | | 236,895.25 |
| Account No. | | | | Listed for notice only | | | | | | |
| Internal Revenue Service Special Procedures 1301 Clay Street #1400S Oakland, CA 94612 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Listed for notice only | | | | | | |
| State Board of Equalization PO Box 942879 Sacramento, CA 94279 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 236,895.25 | 236,895.25 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 236,895.25 | 236,895.25 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **BR Festivals, LLC**                                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **360 Media, Inc.** <br> **P.O. Box 725188** <br> **Atlanta, GA 31139** | | - | **2013** <br> **Trade debt** | | | | 12,500.00 |
| Account No. <br><br> **Accurate Staging** <br> **1820 West 135th St.** <br> **Gardena, CA 90249** | | - | **2013** <br> **Trade debt** | | | | 53,606.00 |
| Account No. <br><br> **ADCO Outdoor** <br> **P.O. Box 776** <br> **Lindale, TX 75771** | | - | **2013** <br> **Trade debt** | | | | 2,480.00 |
| Account No. <br><br> **Adler Integrated Mkt** <br> **8747 W. Sunset Blvd.** <br> **West Hollywood, CA 90069** | | - | **2013** <br> **Trade debt** | | | | 7,500.00 |
| | | | | | Subtotal <br> (Total of this page) | | 76,086.00 |

__31__  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

S/N:42994-131212   Best Case Bankruptcy

In re **BR Festivals, LLC** ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Trade debt | | | | |
| Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562 | - | | | | | | 44,940.00 |
| Account No. | | | 2013 Trade debt | | | | |
| Aloompa 3 Cannery Row, Ste. 103 Nashville, TN 37203 | - | | | | | | 2,000.00 |
| Account No. | | | 2013 Trade debt | | | | |
| Amanda Field 657 Rose St. Craig, CO 81625 | - | | | | | | 1,250.00 |
| Account No. | | | 2013 Trade debt | | | | |
| Amy McCormick 1600 Jones Dr., Apt. 232 Arlington, TX 76013 | - | | | | | | 7,500.00 |
| Account No. | | | 2013 Trade debt | | | | |
| Amy Wolfe P.O. Box 6023 Napa, CA 94581 | - | | | | | | 5,000.00 |

Sheet no. __1__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **60,690.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re   **BR Festivals, LLC** _____ ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ana Field** <br> **2240 Stockton St.** <br> **Napa, CA 94559** | - | | **2013** <br> **Trade debt** | | | | **2,750.00** |
| Account No. <br><br> **ASCAP** <br> **Legal Dept., 6th Flr.** <br> **1 Lincoln Plaza** <br> **Attn.: Susan Haugh** <br> **New York, NY 10023** | - | | **2013** <br> **Trade Debt** | | | | **135,000.00** |
| Account No. <br><br> **Baldwin Press** <br> **934 C Enterprise Way** <br> **Napa, CA 94558** | - | | **2013** <br> **Trade debt** | | | | **12,682.00** |
| Account No. <br><br> **Better Foods Deli** <br> **900 Douglas Blvd** <br> **Roseville, CA 95678** | - | | **2013** <br> **Trade debt** | | | | **7,500.00** |
| Account No. <br><br> **BFR Productions** <br> **P.O. Box 5510** <br> **Atlanta, GA 31107** | - | | **2013** <br> **Trade debt** | | | | **38,650.00** |

Sheet no. __2__ of __31__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)    **196,582.00**

In re  **BR Festivals, LLC**                                               ,          Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2013 Unfunded charitable contribution | | | | |
| BJALCF 1100 Industrial Road #1 San Carlos, CA 94070 | | - | | | | | | Unknown |
| Account No. | | | | 2013 Trade debt | | | | |
| BP Productions P.O. Box 1881 Orangevale, CA 95662 | | - | | | | | | 4,220.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Brandon Hopkins 1936 Sloat Blvd San Francisco, CA 94116 | | - | | | | | | 250.00 |
| Account No. | | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| Breast Cancer Fund 1388 Sutter St., Ste. 400 San Francisco, CA 94109 | | - | | | | | | Unknown |
| Account No. | | | | 2013 Trade debt | | | | |
| Brown United P.O. Box 362 Attn. John Brown Monrovia, CA 91017 | | - | | | | | | 131,000.00 |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,470.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **BR Festivals, LLC** ,                              Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brungardt Enterprises LLC**<br>**2195 S.Telluride Ct.**<br>**Aurora, CO 80013** | - | | **2013**<br>**Trade debt** | | | | **4,000.00** |
| Account No.<br><br>**Cantrell Harris & Assoc.**<br>**2001 Union St., Ste. 106**<br>**San Francisco, CA 94123** | - | | **2013**<br>**Trade debt** | | | | **4,944.00** |
| Account No.<br><br>**Charles Zimmer**<br>**1935 N.Decatur Rd., NE**<br>**Atlanta, GA 30307-1124** | - | | **2013**<br>**Trade debt** | | | | **3,750.00** |
| Account No.<br><br>**Chip Smith**<br>**1316 Rupert Rd.**<br>**Decatur, GA 30030** | - | | **2013**<br>**Trade debt** | | | | **5,000.00** |
| Account No.<br><br>**City of Napa**<br>**1100 West St.**<br>**Attn. Accounting**<br>**Napa, CA 94559** | - | | **2013**<br>**Permit fees** | | | | **106,729.00** |

Sheet no. __4__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**124,423.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re **BR Festivals, LLC** _____, Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Classic Party Rentals** <br> **745 Skyway Ct.** <br> **Napa, CA 94558** | | - | **2013** <br> **Trade debt** | | | | 28,000.00 |
| Account No. <br><br> **Commercial Power Sweep** <br> **P.O. Box 2596** <br> **Napa, CA 94558** | | - | **2013** <br> **Trade debt** | | | | 1,490.00 |
| Account No. <br><br> **Communications Direct Inc.** <br> **735 Hunter Dr., Unit F** <br> **Batavia, IL 60510** | | - | **2013** <br> **Trade debt** | | | | 14,890.00 |
| Account No. <br><br> **Credo High School** <br> **1290 Southwest Blvd.** <br> **Rohnert Park, CA 94928** | | - | **2013** <br> **Unfunded charitable contribution -- listed for notice only** | | | | Unknown |
| Account No. <br><br> **Cressco** <br> **318 Stealth Ct.** <br> **Livermore, CA 94551** | | - | **2013** <br> **Trade debt** | | | | 87,000.00 |

Sheet no. __5__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,380.00

In re   **BR Festivals, LLC**
_____,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Trade debt | | | | |
| Crews Unlimited 448 Ignacio Blvd. Novato, CA 94949 | - | | | | | | 236,952.00 |
| Account No. | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| Crohn's & Colitis Foundation 5 3d St. San Francisco, CA 94103 | - | | | | | | Unknown |
| Account No. | | | 2013 Trade debt | | | | |
| Dave Hunter P.O. Box 692 Fairfax, CA 94978 | - | | | | | | 2,000.00 |
| Account No. | | | Listed for notice only | | | | |
| David A. Honig, Esq. Joseph & Cohen, P.C. 1855 Market St. San Francisco, CA 94103 | - | | | | | | 0.00 |
| Account No. | | | 2013 Trade debt | | | | |
| DeLaSalle Institute P.O. Box 3720 Napa, CA 94558 | - | | | | | | 3,968.00 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      242,920.00

In re   **BR Festivals, LLC**                                       ,         Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013 Trade debt | | | | |
| **Delicate Productions Inc.** 874 Verdulera St. Novato, CA 94949 | - | | | | | | | 298,247.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| **Dena Chesler Grimm** 70 Orchard Ave Redwood City, CA 94061 | - | | | | | | | 4,525.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| **Dependable Tire Solutions** 209 Parr Blvd Richmond, CA 94801 | - | | | | | | | 48,000.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| **Dona Bonick** 3061 Cuttings Wharf Rd. Napa, CA 94559 | - | | | | | | | 29,180.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| **Done & Done Productions** 1335 Calistoga Road Santa Rosa, CA 95409 | - | | | | | | | 2,750.00 |

Sheet no. __7__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      382,702.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **BR Festivals, LLC**                                                  Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Doubletree**<br>**Attn. Accounting**<br>**3600 Broadway St.**<br>**American Canyon, CA 94503** | - | | **2013**<br>**Trade debt** | | | | 4,764.00 |
| Account No.<br><br>**E.G. Power Systems**<br>**P.O. Box 4013**<br>**El Dorado Hills, CA 95762** | - | | **2013**<br>**Trade debt** | | | | 5,500.00 |
| Account No.<br><br>**Elizabeth Anderson**<br>**17011 Cedar Ave**<br>**Sonoma, CA 95476** | - | | **2013**<br>**Trade debt** | | | | 7,000.00 |
| Account No.<br><br>**Elizabeth Hawkins**<br>**1400 Riebli Road**<br>**Santa Rosa, CA 95404** | - | | **2013**<br>**Trade debt** | | | | 627.00 |
| Account No.<br><br>**Emil Meyers**<br>**1630 Action Ave # A**<br>**Napa, CA 94559** | - | | **2013**<br>**Loan** | | | | 105,000.00 |

Sheet no. __8__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **122,891.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **BR Festivals, LLC** ,            Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2013 Trade debt | | | | |
| Emil Meyers Construction 1630 Action Ave. # A Napa, CA 94559 | - | | | | | | | 64,000.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Enterprise Rent A Car Accounts Receivable P.O. Box 1528 Novato, CA 94948-3147 | - | | | | | | | 32,537.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Eric Ball 1269 6th Ave. #4 San Francisco, CA 94122 | - | | | | | | | 1,250.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Erik Crain 11295 Shenandoah Road Plymouth, CA 95669 | - | | | | | | | 1,000.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Erik Foster 832 Buena Vista St. Ventura, CA 93001 | - | | | | | | | 693.00 |

Sheet no. __9___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **99,480.00**

In re **BR Festivals, LLC**                                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| Foundation for Napa Recreation 1100 West St. Napa, CA 94559 | - | | | | | | | | Unknown |
| Account No. | | | | | 2013 Trade debt | | | | |
| Fuller and Sander P.O. Box 2382 Napa, CA 94559 | - | | | | | | | | 7,000.00 |
| Account No. | | | | | 2013 Trade Debt | | | | |
| Galgallin Designs P.O. Box 541 Lagunitas, CA 94938 | - | | | | | | | | 33,264.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Garton Tractor P.O. Box 1849 Turlock, CA 95381 | - | | | | | | | | 2,220.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Ghillotti Bros. Inc. 525 Jacoby St. San Rafael, CA 94901 | - | | | | | | | | 56,000.00 |

| | | |
|---|---|---|
| Sheet no. __10__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 98,484.00 |

In re  **BR Festivals, LLC**                                ,        Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Girls on the Run** <br> **P.O. Box 9036** <br> **Santa Rosa, CA 95405** | - | | 2013 <br> **Unfunded charitable contribution -- listed for notice only** | | | | **Unknown** |
| Account No. <br><br> **Glocal Inc.** <br> **16 W. 22nd St** <br> **Third Floor** <br> **New York, NY 10010** | - | | 2013 <br> **Unfunded tax withholding** | | | | **7,000.00** |
| Account No. <br><br> **GNW Evergreen Insurance Services** <br> **P.O. Box 2005** <br> **Encino, CA 91416** | - | | 2013 <br> **Trade debt** | | | | **86,253.00** |
| Account No. <br><br> **Harry Oranges** <br> **1351 A. St., Ste. A** <br> **Napa, CA 94559** | - | | 2013 <br> **Trade debt** | | | | **161.00** |
| Account No. <br><br> **Hawthorn Suites** <br> **Attn. Accounting** <br> **314 Soscol Ave.** <br> **Napa, CA 94559** | - | | 2013 <br> **Trade debt** | | | | **1,000.00** |

Sheet no. __11__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal <br> (Total of this page)         **94,414.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **BR Festivals, LLC**
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| Holiday Inn Express 5001 Main St. American Canyon, CA 94503 | - | | Trade debt | | | | 34,871.00 |
| Account No. | | | 2013 | | | | |
| Home Grown Music, Inc. 1888 Emery St. NW Ste. 111 Atlanta, GA 30318-2542 | - | | Unfunded tax withholding | | | | 18,076.00 |
| Account No. | | | 2013 | | | | |
| i Care Napa 2945 Atlas Peak Rd. Napa, CA 94558 | - | | Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. | | | 2013 | | | | |
| Idell & Seitell, LLP 465 California St., Ste. 300 San Francisco, CA 94104 | - | | Professional services | | | | 5,729.73 |
| Account No. | | | 2013 | | | | |
| Illegal People Touring Inc. 16000 Ventura Blvd. Ste. 600 Encino, CA 91436-2753 | - | | Unfunded tax withholding | | | | 8,959.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,635.73

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **BR Festivals, LLC**                                           Case No. _____
                                                        ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| IMHRO P.O. Box 680 Rutherford, CA 94573 | | - | | | | | | | Unknown |
| Account No. | | | | | 2013 Trade debt | | | | |
| Insight Resource Group 3 Altarinda Road, Ste. 301 Orinda, CA 94563 | | - | | | | | | | 1,387.00 |
| Account No. | | | | | May 2013 Employee Wages | | | | |
| Int'l Alliance of Theatrical Employees Local 16 I.A.T.S.E. 240 Second St., First Floor San Francisco, CA 94105 | X | - | | | | | | | 300,000.00 |
| Account No. | | | | | Listed for notice only | | | | |
| Jason Scoggins 1976 Adams St. Yountville, CA 94599 | | - | | | | | | | 0.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Javier Calderon 1351 A St., Ste. A Napa, CA 94559 | | - | | | | | | | 800.00 |

Sheet no. __13__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          302,187.00

In re    **BR Festivals, LLC**
,                                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2013** **Trade debt** | | | | |
| **Jenny Doll** **55B Gate 5 Road** **Sausalito, CA 94965** | | - | | | | | 1,500.00 |
| Account No. | | | **2013** **Trade debt** | | | | |
| **Jeremy French** **10535 Woodside Dr.** **Forestville, CA 95436** | | - | | | | | 2,500.00 |
| Account No. | | | **2013** **Trade debt** | | | | |
| **Jessica Garcia** **555 O'Farrell St.** **San Francisco, CA 94102** | | - | | | | | 250.00 |
| Account No. | | | **2013** **Trade debt** | | | | |
| **Jocelyn Milici Cedar** **8057 20th Ave., NW** **Seattle, WA 98117** | | - | | | | | 5,100.00 |
| Account No. | | | **2013** **Trade debt** | | | | |
| **John Bonick** **3061 Cuttings Wharf Rd.** **Napa, CA 94559** | | - | | | | | 15,500.00 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,850.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **BR Festivals, LLC** ,
　　　　　　　　　　　Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>John McLeod<br>775 E.Blithedale #390<br>Mill Valley, CA 94941 | - | | 2013<br>Trade debt | | | | 2,000.00 |
| Account No. <br><br>Kevin Reid<br>1020 Borette Lane<br>Napa, CA 94558 | - | | 2013<br>Trade debt | | | | 2,500.00 |
| Account No. <br><br>Kim Baracco<br>2907 Piedmont Ave.<br>Napa, CA 94558 | - | | 2013<br>Commission | | | | 10,000.00 |
| Account No. <br><br>Kim Thomas<br>9205 Pebble Creek Way<br>Charlotte, NC 28269 | - | | 2013<br>Trade debt | | | | 2,500.00 |
| Account No. <br><br>Kohn Dwight<br>2359 Rainbow Ave<br>Sacramento, CA 95821 | - | | 2013<br>Trade debt | | | | 8,750.00 |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,750.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re     **BR Festivals, LLC**                                                    ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| Kristin Nolan 123 W. Ellsworth Ave. # 1 Denver, CO 80223 | - | | Trade debt | | | | 4,000.00 |
| Account No. | | | 2013 | | | | |
| Krystyne Ha 3862 Sark Way San Jose, CA 95111 | - | | Trade debt | | | | 1,000.00 |
| Account No. | | | 2013 | | | | |
| La Residence 4066 Howard Lane Napa, CA 94558 | - | | Trade debt | | | | 1,753.00 |
| Account No. | | | 2013 | | | | |
| Labor Ready SW 1015 "A" St. Tacoma, WA 98402 | - | | Trade debt | | | | 738.00 |
| Account No. | | | 2013 | | | | |
| Labrynth 1727 Judah St. San Francisco, CA 94132 | - | | Trade debt | | | | 5,000.00 |

Sheet no. __16__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **12,491.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **BR Festivals, LLC** _____ ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | **2013** | | | | |
| Lagunatic Music & Filmworks, Inc. 565 5th Ave New York, NY 10017-2413 | - | | Unfunded tax withholding | | | | 5,250.00 |
| **Account No.** | | | **2013** | | | | |
| Land Trust of Napa County 1700 Soscol Ave #20 Napa, CA 94559 | - | | Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| **Account No.** | | | **2013** | | | | |
| Landmark Event Staffing Svcs 4131 Harbor Walk Dr. Fort Collins, CO 80525 | - | | Trade debt | | | | 166,153.00 |
| **Account No.** | | | **2013** | | | | |
| LaRiviere, Grubman et al 19 Upper Ragsdale Dr., Ste. 200 Monterey, CA 93942 | - | | Trade debt | | | | 14,010.00 |
| **Account No.** | | | **2013** | | | | |
| Laura Vilches 44 Lynn St. Austin, TX 78702 | - | | Trade debt | | | | 15,000.00 |

Sheet no. __17__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
        (Total of this page)       **200,413.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

In re    **BR Festivals, LLC**                                    ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Commission | | | | |
| **Laurie Nigliazzo 332 Silverado Trail Napa, CA 94559** | - | | | | | | 20,000.00 |
| Account No. | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| **Leadership Empowerment Institute 1900 T Street Sacramento, CA 95818** | - | | | | | | Unknown |
| Account No. | | | 2013 Trade debt | | | | |
| **Luke Blair 2340 Union St., #1 San Francisco, CA 94123** | - | | | | | | 1,750.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Made in the Shade Tents 3633 Seaport Blvd West Sacramento, CA 95691** | - | | | | | | 19,500.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Magnum Tours 101 Pine Place Saint Helena, CA 94574** | - | | | | | | 335.00 |

Sheet no. __18__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 41,585.00 |

In re  **BR Festivals, LLC**                                                                          ,   Case No. _____
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| Mark Jordan P.O. Box 2027 Arnold, CA 95223 | | - | Commission | | | | Unknown |
| Account No. | | | 2013 | | | | |
| Matthew Eisenberg, Esq. 429 Montecito Blvd Napa, CA 94559 | | - | Professional services | | | | 80,210.52 |
| Account No. | | | 2013 | | | | |
| Melanie Davis 13936 Olive Grove Lane Sylmar, CA 91342 | | - | Trade debt | | | | 5,000.00 |
| Account No. | | | 2013 | | | | |
| Michael McMill 1046 Century Dr. Napa, CA 94558 | | - | Trade debt | | | | 1,000.00 |
| Account No. | | | 2013 | | | | |
| Michael Piper 2328 Farley St. Castro Valley, CA 94546 | | - | Trade debt | | | | 3,000.00 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,210.52

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re   **BR Festivals, LLC**                                                   ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| **Modular Space Corporation** **12603 Collections Ctr. Dr.** **Chicago, IL 60693** | - | | Trade debt | | | | 37,000.00 |
| Account No. | | | 2013 | | | | |
| **Morimoto Restaurant** **Attn. Accounting** **610 Main St.** **Napa, CA 94558** | - | | Trade debt | | | | 15,000.00 |
| Account No. | | | 2013 | | | | |
| **Napa CASA** **1804 Soscol Ave** **Napa, CA 94558** | - | | Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. | | | 2013 | | | | |
| **Napa Downtown Merchants Assn.** **1290 1st St.** **Napa, CA 94559** | - | | Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. | | | 2013 | | | | |
| **Napa High Believe in Bleachers** **c/o Patrick McArdle** **Rabo Bank** **700 Trancas St.** **Napa, CA 94558** | - | | Unfunded charitable contribution. Listed for notice only | X | | | Unknown |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **52,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

In re __BR Festivals, LLC_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Napa Valley Bike Coalition**<br>**3379 Solano Ave #1700**<br>**Napa, CA 94558** | - | | 2013<br>**Unfunded charitable contribution -- listed for notice only** | | | | Unknown |
| Account No.<br><br>**Napa Valley College**<br>**2277 Napa-Vallejo Highway**<br>**Attn. Accounting**<br>**Napa, CA 94558** | - | | 2013<br>**Trade debt** | | | | 622.00 |
| Account No.<br><br>**Napa Valley Education Foundation**<br>**2425 Jefferson St., Rm. 105**<br>**Napa, CA 94558** | - | | 2013<br>**Unfunded charitable contribution -- listed for notice only** | | | | Unknown |
| Account No.<br><br>**Napa Valley Film Festival**<br>**1400 W. Clay St., #100**<br>**Napa, CA 94559** | - | | 2013<br>**Unfunded charitable contribution -- listed for notice only** | | | | Unknown |
| Account No.<br><br>**Napa Valley Investment Property, LLC**<br>**P.O. Box 18359**<br>**Attn. Alexander Drittian**<br>**Asheville, NC 28814** | - | | 2013<br>**Space rental** | | | | 25,000.00 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,622.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **BR Festivals, LLC** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 2013 Unfunded charitable contribution -- listed for notice only | | | | |
| Napa Valley Youth Symphony P.O. Box 6594 Napa, CA 94581 | - | | | | | | | | Unknown |
| Account No. | | | | | 2013 Trade debt | | | | |
| Napa Vintage Store 221 Devlin Rd. Napa, CA 94558 | - | | | | | | | | 294.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| National Event Services, Inc. 4231 Pacific St., Ste. 1 Attn. Christy Feener Rocklin, CA 95677 | - | | | | | | | | 162,750.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Neuman Ltd. Parking 2676 Albatross Way Sacramento, CA 95815 | - | | | | | | | | 65,461.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Ohta Woof Rigging 1471 Sanchez St. San Francisco, CA 94131 | - | | | | | | | | 3,700.00 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

232,205.00

In re **BR Festivals, LLC**                                      ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Paul's Trucking** 1136 Hedgeside Ave Napa, CA 94558 | - | | 2013 Trade debt | | | | 200.00 |
| Account No. **Phil Hodge** 115 Rodonovan Dr. Santa Clara, CA 95051 | - | | 2013 Trade debt | | | | 250.00 |
| Account No. **Pillsbury Winthrop Shaw Pittman LLP Attn. Accounting Four Embarcadero Center, 22nd Flr. San Francisco, CA 94111** | | | 2013 Professional Services | | | | 31,724.00 |
| Account No. **Plumbline Studios** 1040 Main St. Ste. 201 Napa, CA 94559 | - | | 2013 Trade debt | | | | 25,000.00 |
| Account No. **Ready Pulse** 120 Dundee Lane San Carlos, CA 94070 | - | | 2013 Trade Debt | | | | 10,000.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 67,174.00 |

In re __BR Festivals, LLC_____,                Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| Red Star Holdings 300 W. Main St., Ste. 202 Charlottesville, VA 22903 | - | | Trade debt | | | | 45,364.00 |
| Account No. | | | 2013 | | | | |
| Reichers Spence & Assoc. 1541 3d St. Napa, CA 94559 | - | | Trade debt | | | | 57,000.00 |
| Account No. | | | 2013 | | | | |
| Reuben Rafael P.O. Box 351 Woodacre, CA 94973 | - | | Trade debt | | | | 2,000.00 |
| Account No. | | | 2013 | | | | |
| Rex Foundation P.O. Box 29608 San Francisco, CA 94129-0608 | - | | Unfunded charitable contribution -- listed for notice only | | | | 0.00 |
| Account No. | | | 2013 | | | | |
| Robin Alexander 6383 Hillmont Dr. Oakland, CA 94605 | - | | Trade debt | | | | 15,000.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of                              Subtotal                        119,364.00
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re  **BR Festivals, LLC**                                                      ,                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2013 Trade debt | | | | |
| Ryan Snyder 1329 Scott St., Ste. D Petaluma, CA 94954 | | - | | | | | | | 3,360.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Sarah Ann Thomas 815 N.52nd St. No. 2293 Phoenix, AZ 85008 | | - | | | | | | | 1,250.00 |
| Account No. | | | | | Listed for notice only | | | | |
| Saratoga Capital Holdings c/o Allen J. Baden, Esq. Edge Law Group 236 N. Santa Cruz Blvd #228 Los Gatos, CA 95030-7929 | | - | | | | | | | 0.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Savanna Snow 94 Panoramic Way Berkeley, CA 94704 | | - | | | | | | | 1,000.00 |
| Account No. | | | | | 2013 Trade debt | | | | |
| Scott Ramey 1818 S.State College Blvd #422 Anaheim, CA 92806 | | - | | | | | | | 3,400.00 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,010.00

In re **BR Festivals, LLC** ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sheedy Drayage Co.** <br> **P.O. Box 77004** <br> **San Francisco, CA 94107** | - | | **2013** <br> **Trade debt** | | | | 7,912.00 |
| Account No. <br><br> **Sheila Groves Tracey** <br> **539 Laurel St.** <br> **Petaluma, CA 94952** | - | | **2013** <br> **Trade debt** | | | | 25,000.00 |
| Account No. <br><br> **Smoking Guns Tours, Inc.** <br> **c/o Matthew Morgan** <br> **Creative Artists Agency** <br> **401 Commerce St., Penthouse** <br> **Nashville, TN 37219** | - | | **2013** <br> **Unfunded tax withholding** | | | | 50,336.25 |
| Account No. <br><br> **Snackasaurus Touring Inc.** <br> **2300 Charlotte Ave., Ste. 103** <br> **Nashville, TN 37203-1877** | - | | **2013** <br> **Unfunded tax liability** | | | | 2,975.00 |
| Account No. <br><br> **Sol Solutions** <br> **880 Piner Rd., Ste. 45** <br> **Santa Rosa, CA 95403** | - | | **2013** <br> **Trade debt** | | | | 1,000.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,223.25

In re **BR Festivals, LLC** _____,     Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sticky Stones Inc.** <br> **204 N.5th St.** <br> **Almira, WA 99103-5001** | - | | **2013** <br> **Unfunded tax withholding** | | | | **1,050.00** |
| Account No. <br><br> **Sweet Relief Musicians Fund** <br> **2601 E. Chapman Ave Ste. 204** <br> **Fullerton, CA 92831** | - | | **2013** <br> **Unfunded charitable contribution -- listed for notice only** | | | | **0.00** |
| Account No. <br><br> **Sweetspot Pictures** <br> **375 Ericksen Ave., Ste. 213** <br> **Bainbridge Island, WA 98110** | - | | **2013** <br> **Trade debt** | | | | **67,000.00** |
| Account No. <br><br> **Taylor Scott Collection** <br> **1125 E. Redondo Blvd.** <br> **Inglewood, CA 90302** | - | | **2013** <br> **Trade debt** | | | | **1,787.00** |
| Account No. <br><br> **The Al Lyon S/P Trust** <br> **1003 McCormick Ave** <br> **Napa, CA 94558** | - | | **2013** <br> **Trade debt** | | | | **7,500.00** |

Sheet no. __27__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,337.00**

In re __**BR Festivals, LLC**_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Trade debt | | | | |
| **Tony Hume** 2525 Araphahoe Ave, E4-702 Boulder, CO 80302 | | - | | | | | 5,400.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Tour Tech** 7711-105 Welborn St. Raleigh, NC 27615 | | - | | | | | 26,000.00 |
| Account No. | | | 2013 Trade debt. | | | | |
| **Trademark Graphics** 665 Third St., Ste. 510 Attn. Danielle McCartney San Francisco, CA 94107 | | - | | | | | 35,500.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Tri California Events** 880 Avenue M., Ste. 1 San Francisco, CA 94130 | | - | | | | | 12,682.00 |
| Account No. | | | May, 2013 Employee benefits | | | | |
| **Trustees- Stage Hands' Benefit Funds** Local 16 I.A.T.S.E. 240 Second St., First Floor San Francisco, CA 94105 | X | - | | | | | Unknown |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **79,582.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re __BR Festivals, LLC_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tug McGraw Foundation <br> P.O. Box 45 <br> Yountville, CA 94599 | | - | 2013 <br> Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. <br><br> Tugboat, Inc. <br> 398 Devlin Rd. <br> Napa, CA 94558 | | - | 2013 <br> Trade debt | | | | 3,184.00 |
| Account No. <br><br> United Site Services <br> P.O. Box 53267 <br> Phoeniz, AZ 95072-3267 | X | - | May, 2013 <br> Trade Debt | | | | 174,782.00 |
| Account No. <br><br> Up and Under Pub <br> 2 West Richmond Ave <br> Attn. Nathan Trivers <br> Richmond, CA 94801 | | - | 2013 <br> Trade debt | | | | 190,000.00 |
| Account No. <br><br> Veritas Corporate Law <br> 100 Pine St., Ste, 1250 <br> Attn. Paul J. Neibergs <br> San Francisco, CA 94111 | | - | Listed for notice only | | | | 0.00 |

Sheet no. __29__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

367,966.00

In re **BR Festivals, LLC** ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Von Saal Design** <br> **101 South Coombs, Ste. Y-11** <br> **Napa, CA 94559** | - | | **2013** <br> **Trade debt** | | | | **30,000.00** |
| Account No. <br><br> **Weather Decision Technology** <br> **P.O. Box 123046** <br> **Dallas, TX 75312** | - | | **2013** <br> **Trade debt** | | | | **2,600.00** |
| Account No. <br><br> **Whisky Slurpy Inc.** <br> **16000 Ventura Blvd.** <br> **Ste. 600** <br> **Encino, CA 91436-2753** | - | | **2013** <br> **Unfunded tax withholding** | | | | **11,285.00** |
| Account No. <br><br> **Wildlife Rescue Center** <br> **117 Adobe Ln** <br> **Napa, CA 94559** | - | | **2013** <br> **Unfunded charitable contribution -- listed for notice only** | | | | **Unknown** |
| Account No. <br><br> **Wine Country Helicopters** <br> **P.O. Box 5117** <br> **Napa, CA 94581** | - | | **2013** <br> **Trade debt** | | | | **11,200.00** |

Sheet no. __30__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **55,085.00**

In re **BR Festivals, LLC** ,   Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Trade debt | | | | |
| **Yahoo Inc. 701 First Ave Attn. Accounting Sunnyvale, CA 94089** | - | | | | | | 4,239.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Zero Hero Inc. 1230 Blue Spruce Dr., Unit 5 Fort Collins, CO 80524** | - | | | | | | 28,847.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Zoltron P.O. Box 1189 Woodacre, CA 94973** | - | | | | | | 5,165.00 |
| Account No. | | | 2013 Trade debt | | | | |
| **Zvents, Inc. P.O. Box 203971 Dallas, TX 75320** | - | | | | | | 2,500.00 |
| Account No. | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 40,751.00 |
| Total (Report on Summary of Schedules) | | 3,742,963.50 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  **BR Festivals, LLC**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Latitide 38 Entertainment LLC**<br>**c/o David Graham**<br>**3340 Redwood Road**<br>**Napa, CA 94558** | **Asset Purchase Agreement for certain IP and general intangibles owned by Debtor.  Contract is likely fully executed.  Listed for precautionary purposes only** |

**0**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **BR Festivals, LLC**                           ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gabe Myers**<br>**P.O. Box 236**<br>**Napa, CA 94559** | **Bauer's Intelligent Transportation, Inc.**<br>**Pier 50**<br>**San Francisco, CA 94158** |
| **Island Creative Management, LLC**<br>**440 California Ave., Bldg. 7**<br>**San Francisco, CA 94130** | **Trustees- Stage Hands' Benefit Funds**<br>**Local 16 I.A.T.S.E.**<br>**240 Second St., First Floor**<br>**San Francisco, CA 94105** |
| **Island Creative Management, LLC**<br>**440 California Ave., Bldg. 7**<br>**San Francisco, CA 94130** | **Int'l Alliance of Theatrical Employees**<br>**Local 16 I.A.T.S.E.**<br>**240 Second St., First Floor**<br>**San Francisco, CA 94105** |
| **Kohn Dwight & Gemini Productions**<br>**c/o Mark Gallagher, Esq.**<br>**101 Parkshore Dr., Ste. 100**<br>**Folsom, CA 95630** | **United Site Services**<br>**P.O. Box 53267**<br>**Phoeniz, AZ 95072-3267** |
| **Robert Vogt**<br>**1120 Bayview Ave.**<br>**Napa, CA 94559** | **Bauer's Intelligent Transportation, Inc.**<br>**Pier 50**<br>**San Francisco, CA 94158** |
| **Weinberg Roger & Rosenfield**<br>**1001 Marina Village Parkway**<br>**Suite 200**<br>**Atn. David Brome**<br>**Alameda, CA 94501** | **Int'l Alliance of Theatrical Employees**<br>**Local 16 I.A.T.S.E.**<br>**240 Second St., First Floor**<br>**San Francisco, CA 94105** |

**0**
___ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of California

In re __BR Festivals, LLC_____     Case No. _____
                                    Debtor(s)          Chapter __11_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 4, 2014_____     Signature __/s/ Gabe Meyers_____
                                                __Gabe Meyers__
                                                __Manager__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **BR Festivals, LLC**              Case No. _____

                   Debtor(s)         Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                   SOURCE

        **$11,200,000.00**          **2013: Gross receipts not including food & bev. due from contractor**

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                   SOURCE

---

### 3. Payments to creditors

**None** ☐ ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Matthew Eisenberg**<br>**429 Montecito Blvd.**<br>**Napa, CA 94559** | **1/27/2104 -- Payment for contemporaneous legal services arising out of Asset Purchase Agreement** | **$5,000.00** | **$80,210.52** |

**None** ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jason W. Johnson**<br><br>**Insider -- 35% LLC Member** | **See response to Question 10. Some portion of that transfer may have been in repayment of an insider loan** | **$1,000,000.00** | **$0.00** |
| **See answer to Question 23** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See Attachment 4a to Statement of Financial Affairs** | | | |

**None** ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MacConaghy & Barnier, PLC** | **12/16/2014** | **$10,000.00** |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jason W. Johnson**<br>**c/o Gaw Van Male, APC**<br>**1411 Oliver Road, Ste. 300**<br>**Fairfield, CA 94534-3425**<br>    **Insider** | **4/2013** | **$3,026,849.32 -- buyout of equity position** |
| **Uptown Theatre Property, LLC**<br>**1350 Third St.**<br>**Napa, CA 94559**<br>    **Affiliate** | **April, 2013** | **$500,000 -- nonrefundable purchase deposit** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank**<br>**Napa, CA 94558** | **Checking** | **Overdrawn** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■   Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Amy Wolfe**<br>**P.O. Box 6023**<br>**Napa, CA 94581** | **2013** |
| **Ganze & Co.**<br>**1500 Third St., Ste. C**<br>**Napa, CA 94559** | **2013** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Gabe Meyers** | **P.O. Box 236** |
| | **Napa, CA 94558** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Willpower Entertainment, LLC** | **LLC Member** | **94.5% LLC Membership** |
| **Gabe Meyers** | **Manager** | |
| **P.O. Box 236** | | |
| **Napa, CA 94558** | | |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Robert Vogt**<br>**1120 Bayview Ave**<br>**Napa, CA 94559** | **Co-Manager** | **11/2013** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**Debtor will provide a supplemental resp.** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **February  4, 2014**          Signature    **/s/ Gabe Meyers**

                                                    **Gabe Meyers**<br>
                                                    **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **BR Festivals, LLC** _____ ,    Case No. _____

                                             Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amos Flint**<br>**2039 Evelyn Dr.**<br>**Santa Rosa, CA 95404** | **LLC Membership Interest** | | **5%** |
| **Micah Malan** | **LLC Membership Interest** | | **.5%** |
| **Willpower Entertaiment, LLC**<br>**c/o Robert Vogt**<br>**1120 Bayview Ave**<br>**Napa, CA 94558** | **LLC Membership Interests** | | **94.5%** |
| **Willpower Entertainment, LLC**<br>**c/o Gabe Meyers**<br>**P.O. Box 236**<br>**Napa, CA 94558** | **Dupliate listing**<br>**c/o co-manager** | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **February 4, 2014** _____      Signature _**/s/ Gabe Meyers**_____

                                                           **Gabe Meyers**
                                                           **Manager**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    __BR Festivals, LLC__                    Case No. _____

                           Debtor(s)                  Chapter     __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __BR Festivals, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Willpower Entertainment, LLC**
**c/o Robert Vogt**
**1120 Bayview Ave**
**Napa, CA 94558**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February  4, 2014** | **/s/ John H. MacConaghy** |
| Date | **John H. MacConaghy 083684** |
| | Signature of Attorney or Litigant |
| | Counsel for    **BR Festivals, LLC** |
| | **MacConaghy & Barnier, PLC** |
| | **645 First St. West, Suite D** |
| | **Sonoma, CA 95476** |
| | **707-935-3205 Fax:707-935-7051** |