In re    **BR Festivals, LLC**                  Case No.    **14-10175**

                               Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> 360 Media, Inc. <br> P.O. Box 725188 <br> Atlanta, GA 31139 | - | | | 2013 <br> **Trade debt** | | | | 12,500.00 |
| Account No. <br><br> **Accurate Staging** <br> **1820 West 135th St.** <br> **Gardena, CA 90249** | - | | | 2013 <br> **Trade debt** | | | | 53,606.00 |
| Account No. <br><br> **ADCO Outdoor** <br> **P.O. Box 776** <br> **Lindale, TX 75771** | - | | | 2013 <br> **Trade debt** | | | | 2,480.00 |
| Account No. <br><br> **Adler Integrated Mkt** <br> **8747 W. Sunset Blvd.** <br> **West Hollywood, CA 90069** | - | | | 2013 <br> **Trade debt** | | | | 7,500.00 |
| **33** continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | | 76,086.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                 S/N:42994-131212   Best Case Bankruptcy

In re    **BR Festivals, LLC**                                      Case No. ___**14-10175**_____

                                          Debtor                ,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Aggreko LLC <br> P.O. Box 972562 <br> Dallas, TX 75397-2562 | - | | | 2013 <br> Trade debt | | | | 44,940.00 |
| Account No. <br><br> Aline Productions, LLC <br> Samantha Slovy <br> 1213 N. Robertson <br> New Orleans, LA 70116 | - | | | 2013 <br> Trade debt | | | | 4,450.00 |
| Account No. <br><br> Aloompa <br> 3 Cannery Row, Ste. 103 <br> Nashville, TN 37203 | - | | | 2013 <br> Trade debt | | | | 2,000.00 |
| Account No. <br><br> Amanda Field <br> 657 Rose St. <br> Craig, CO 81625 | - | | | 2013 <br> Trade debt | | | | 1,250.00 |
| Account No. <br><br> Amy McCormick <br> 1600 Jones Dr., Apt. 232 <br> Arlington, TX 76013 | - | | | 2013 <br> Trade debt | | | | 7,500.00 |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          60,140.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **BR Festivals, LLC**                                             Case No.    **14-10175**

                                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Amy Wolfe <br> P.O. Box 6023 <br> Napa, CA 94581 | - | | | 2013 <br> Trade debt | | | | 5,000.00 |
| Account No. <br><br> Ana Field <br> 2240 Stockton St. <br> Napa, CA 94559 | - | | | 2013 <br> Trade debt | | | | 2,750.00 |
| Account No. <br><br> Anheiser Busch <br> c/o Joseph Wielebinski, Esq. <br> Munsch Hardt Kopf & Harr P.C. <br> 500 N. Akard St. <br> Dallas, TX 75201-6659 | - | | | 2013 <br> Sponsorship Agreement | X | X | X | Unknown |
| Account No. <br><br> ASCAP <br> Legal Dept., 6th Flr. <br> 1 Lincoln Plaza <br> Attn.: Susan Haugh <br> New York, NY 10023 | - | | | 2013 <br> Trade Debt | | | | 135,000.00 |
| Account No. <br><br> Baldwin Press <br> 934 C Enterprise Way <br> Napa, CA 94558 | - | | | 2013 <br> Trade debt | | | | 12,682.00 |

| Sheet no. __2__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 155,432.00 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re    **BR Festivals, LLC**                             Case No. **14-10175**

,

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Better Foods Deli<br>900 Douglas Blvd<br>Roseville, CA 95678 | - | | 2013<br>Trade debt | | | | 7,500.00 |
| Account No. <br><br>BFR Productions<br>P.O. Box 5510<br>Atlanta, GA 31107 | - | | 2013<br>Trade debt | | | | 38,650.00 |
| Account No. <br><br>BJALCF<br>1100 Industrial Road #1<br>San Carlos, CA 94070 | - | | 2013<br>Unfunded charitable contribution | | | | Unknown |
| Account No. <br><br>BP Productions<br>P.O. Box 1881<br>Orangevale, CA 95662 | - | | 2013<br>Trade debt | | | | 4,220.00 |
| Account No. <br><br>Brandon Hopkins<br>1936 Sloat Blvd<br>San Francisco, CA 94116 | - | | 2013<br>Trade debt | | | | 250.00 |

Sheet no. **3** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,620.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re __BR Festivals, LLC__           Case No. ___14-10175___

_____,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Breast Cancer Fund <br>1388 Sutter St., Ste. 400 <br>San Francisco, CA 94109 | - | | 2013 <br>Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. <br><br>Brown United <br>P.O. Box 362 <br>Attn. John Brown <br>Monrovia, CA 91017 | - | | 2013 <br>Trade debt | | | | 131,000.00 |
| Account No. <br><br>Brungardt Enterprises LLC <br>2195 S.Telluride Ct. <br>Aurora, CO 80013 | - | | 2013 <br>Trade debt | | | | 4,000.00 |
| Account No. <br><br>Cantrell Harris & Assoc. <br>2001 Union St., Ste. 106 <br>San Francisco, CA 94123 | - | | 2013 <br>Trade debt | | | | 4,944.00 |
| Account No. <br><br>Charles Zimmer <br>1935 N.Decatur Rd., NE <br>Atlanta, GA 30307-1124 | - | | 2013 <br>Trade debt | | | | 3,750.00 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     143,694.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re    **BR Festivals, LLC**                                           Case No.   **14-10175**

,
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>Chip Smith<br>1316 Rupert Rd.<br>Decatur, GA 30030 | - | | | 2013<br>Trade debt | | | | 5,000.00 |
| Account No. <br><br>Chung Kuo<br>Rittle Dragon Productions<br>65 Liberty St., #207<br>San Francisco, CA 94110 | - | | | 2013<br>Trade debt | | | | 12,500.00 |
| Account No. <br><br>City of Napa<br>1100 West St.<br>Attn. Accounting<br>Napa, CA 94559 | - | | | 2013<br>Permit fees | | | | 106,729.00 |
| Account No. <br><br>Classic Party Rentals<br>745 Skyway Ct.<br>Napa, CA 94558 | - | | | 2013<br>Trade debt | | | | 28,000.00 |
| Account No. <br><br>Commercial Power Sweep<br>P.O. Box 2596<br>Napa, CA 94558 | - | | | 2013<br>Trade debt | | | | 1,490.00 |

| | | |
|---|---|---|
| Sheet no. **5** of **33** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 153,719.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **BR Festivals, LLC**                             Case No.     **14-10175**

                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Communications Direct Inc.** <br> **735 Hunter Dr., Unit F** <br> **Batavia, IL 60510** | - | | **2013** <br> **Trade debt** | | | | **14,890.00** |
| Account No. <br><br> **Credo High School** <br> **1290 Southwest Blvd.** <br> **Rohnert Park, CA 94928** | - | | **2013** <br> **Unfunded charitable contribution -- listed for notice only** | | | | **Unknown** |
| Account No. <br><br> **Cressco** <br> **318 Stealth Ct.** <br> **Livermore, CA 94551** | - | | **2013** <br> **Trade debt** | | | | **87,000.00** |
| Account No. <br><br> **Crews Unlimited** <br> **448 Ignacio Blvd.** <br> **Novato, CA 94949** | - | | **2013** <br> **Trade debt** | | | | **236,952.00** |
| Account No. <br><br> **Crohn's & Colitis Foundation** <br> **5 3d St.** <br> **San Francisco, CA 94103** | - | | **2013** <br> **Unfunded charitable contribution -- listed for notice only** | | | | **Unknown** |

Sheet no. __6__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal <br> (Total of this page)      **338,842.00**

Case: 14-10175    Doc# 30    Filed: 02/26/14    Entered: 02/26/14 15:21:04    Page 7 of 19

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re     **BR Festivals, LLC**                           Case No. \_\_\_\_**14-10175**_____

                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dave Hunter <br> P.O. Box 692 <br> Fairfax, CA 94978 | - | | 2013 <br> Trade debt | | | | 2,000.00 |
| Account No. <br><br> David A. Honig, Esq. <br> Joseph & Cohen, P.C. <br> 1855 Market St. <br> San Francisco, CA 94103 | - | | Listed for notice only | | | | 0.00 |
| Account No. <br><br> DeLaSalle Institute <br> P.O. Box 3720 <br> Napa, CA 94558 | - | | 2013 <br> Trade debt | | | | 3,968.00 |
| Account No. <br><br> Delicate Productions Inc. <br> 874 Verdulera St. <br> Attn. Pete Hurley <br> Camarillo, CA 93010 | - | | 2013 <br> Trade debt | | | | 298,247.00 |
| Account No. <br><br> Dena Chesler Grimm <br> 70 Orchard Ave <br> Redwood City, CA 94061 | - | | 2013 <br> Trade debt | | | | 4,525.00 |

Sheet no. \_\_**7**\_\_ of \_\_**33**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **308,740.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **BR Festivals, LLC**                                    Case No. ___**14-10175**___
_____,
                        Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dependable Tire Solutions<br>209 Parr Blvd<br>Richmond, CA 94801 | - | | 2013<br>Trade debt | | | | 48,000.00 |
| Account No.<br><br>Dona Bonick<br>3061 Cuttings Wharf Rd.<br>Napa, CA 94559 | - | | 2013<br>Trade debt | | | | 29,180.00 |
| Account No.<br><br>Done & Done Productions<br>1335 Calistoga Road<br>Santa Rosa, CA 95409 | - | | 2013<br>Trade debt | | | | 2,750.00 |
| Account No.<br><br>Doubletree<br>Attn. Accounting<br>3600 Broadway St.<br>American Canyon, CA 94503 | - | | 2013<br>Trade debt | | | | 4,764.00 |
| Account No.<br><br>E.G. Power Systems<br>P.O. Box 4013<br>El Dorado Hills, CA 95762 | - | | 2013<br>Trade debt | | | | 5,500.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **90,194.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **BR Festivals, LLC**                                        Case No.    **14-10175**

_____,
                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Elizabeth Anderson <br> 17011 Cedar Ave <br> Sonoma, CA 95476 | - | | | 2013 <br> Trade debt | | | | 7,000.00 |
| Account No. <br><br> Elizabeth Hawkins <br> 1400 Riebli Road <br> Santa Rosa, CA 95404 | - | | | 2013 <br> Trade debt | | | | 627.00 |
| Account No. <br><br> Emil Meyers <br> 1630 Action Ave # A <br> Napa, CA 94559 | - | | | 2013 <br> Loan | | | | 105,000.00 |
| Account No. <br><br> Emil Meyers Construction <br> 1630 Action Ave. # A <br> Napa, CA 94559 | - | | | 2013 <br> Trade debt | | | | 64,000.00 |
| Account No. <br><br> Enterprise Rent A Car <br> Accounts Receivable <br> P.O. Box 1528 <br> Novato, CA 94948-3147 | - | | | 2013 <br> Trade debt | | | | 32,537.00 |

Sheet no.  **9**  of  **33**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
                                   (Total of this page)    **209,164.00**

Case: 14-10175   Doc# 30   Filed: 02/26/14   Entered: 02/26/14 15:21:04   Page 10 of 19

In re     **BR Festivals, LLC**                       Case No.     **14-10175**

_____ ,
                               Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Eric Ball<br>1269 6th Ave. #4<br>San Francisco, CA 94122 | - | | 2013<br>Trade debt | | | | 1,250.00 |
| Account No.<br><br>Erik Crain<br>11295 Shenandoah Road<br>Plymouth, CA 95669 | - | | 2013<br>Trade debt | | | | 1,000.00 |
| Account No.<br><br>Erik Foster<br>832 Buena Vista St.<br>Ventura, CA 93001 | - | | 2013<br>Trade debt | | | | 693.00 |
| Account No.<br><br>Foundation for Napa Recreation<br>1100 West St.<br>Napa, CA 94559 | - | | 2013<br>Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No.<br><br>Fuller and Sander<br>P.O. Box 2382<br>Napa, CA 94559 | - | | 2013<br>Trade debt | | | | 7,000.00 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                             (Total of this page)     **9,943.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **BR Festivals, LLC**            Case No.    **14-10175**

                                                     Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Galgallin Designs<br>P.O. Box 541<br>Lagunitas, CA 94938 | - | | 2013<br>Trade Debt | | | | 33,264.00 |
| Account No. <br><br>Garton Tractor<br>P.O. Box 1849<br>Turlock, CA 95381 | - | | 2013<br>Trade debt | | | | 2,220.00 |
| Account No. <br><br>Ghillotti Bros. Inc.<br>525 Jacoby St.<br>San Rafael, CA 94901 | - | | 2013<br>Trade debt | | | | 56,000.00 |
| Account No. <br><br>Girls on the Run<br>P.O. Box 9036<br>Santa Rosa, CA 95405 | - | | 2013<br>Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. <br><br>Glocal Inc.<br>16 W. 22nd St<br>Third Floor<br>New York, NY 10010 | - | | 2013<br>Unfunded tax withholding | | | | 7,000.00 |

Sheet no. __11__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page)      **98,484.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re  **BR Festivals, LLC** _____,  Case No. _____**14-10175**_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>GNW Evergreen Insurance Services<br>P.O. Box 2005<br>Encino, CA 91416 | | - | | 2013<br>Trade debt | | | | 86,253.00 |
| Account No.<br><br>Harry Oranges<br>1351 A. St., Ste. A<br>Napa, CA 94559 | | - | | 2013<br>Trade debt | | | | 161.00 |
| Account No.<br><br>Hawthorn Suites<br>Attn. Accounting<br>314 Soscol Ave.<br>Napa, CA 94559 | | - | | 2013<br>Trade debt | | | | 1,000.00 |
| Account No.<br><br>Holiday Inn Express<br>5001 Main St.<br>American Canyon, CA 94503 | | - | | 2013<br>Trade debt | | | | 34,871.00 |
| Account No.<br><br>Home Grown Music, Inc.<br>1888 Emery St. NW<br>Ste. 111<br>Atlanta, GA 30318-2542 | | - | | 2013<br>Unfunded tax withholding | | | | 18,076.00 |

Sheet no. __12__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **140,361.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **BR Festivals, LLC**                                          Case No. _____**14-10175**_____
_____,
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>i Care Napa<br>2945 Atlas Peak Rd.<br>Napa, CA 94558 | | - | 2013<br>Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. <br><br>Idell & Seitell, LLP<br>465 California St., Ste. 300<br>San Francisco, CA 94104 | | - | 2013<br>Professional services | | | | 5,729.73 |
| Account No. <br><br>Illegal People Touring Inc.<br>16000 Ventura Blvd.<br>Ste. 600<br>Encino, CA 91436-2753 | | - | 2013<br>Unfunded tax withholding | | | | 8,959.00 |
| Account No. <br><br>IMHRO<br>P.O. Box 680<br>Rutherford, CA 94573 | | - | 2013<br>Unfunded charitable contribution -- listed for notice only | | | | Unknown |
| Account No. <br><br>Insight Resource Group<br>3 Altarinda Road, Ste. 301<br>Orinda, CA 94563 | | - | 2013<br>Trade debt | | | | 1,387.00 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,075.73

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **BR Festivals, LLC**                            Case No.    **14-10175**

                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Int'l Alliance of Theatrical Employees Local 16 I.A.T.S.E. 240 Second St., First Floor San Francisco, CA 94105 | X | - | **May 2013** **Employee Wages** | | | | 300,000.00 |
| Account No. <br><br> Jason Scoggins 1976 Adams St. Yountville, CA 94599 | | - | **Listed for notice only** | | | | 0.00 |
| Account No. <br><br> Javier Calderon 1351 A St., Ste. A Napa, CA 94559 | | - | **2013** **Trade debt** | | | | 800.00 |
| Account No. <br><br> Jenny Doll 55B Gate 5 Road Sausalito, CA 94965 | | - | **2013** **Trade debt** | | | | 1,500.00 |
| Account No. <br><br> Jeremy French 10535 Woodside Dr. Forestville, CA 95436 | | - | **2013** **Trade debt** | | | | 2,500.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **304,800.00**

Case: 14-10175    Doc# 30    Filed: 02/26/14    Entered: 02/26/14 15:21:04    Page 15 of 19

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re    **BR Festivals, LLC**                                             ,       Case No. _____**14-10175**_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Jessica Garcia<br>555 O'Farrell St.<br>San Francisco, CA 94102 | - | | 2013<br>Trade debt | | | | 250.00 |
| Account No. <br><br>Jocelyn Milici Cedar<br>8057 20th Ave., NW<br>Seattle, WA 98117 | - | | 2013<br>Trade debt | | | | 5,100.00 |
| Account No. <br><br>John Bonick<br>3061 Cuttings Wharf Rd.<br>Napa, CA 94559 | - | | 2013<br>Trade debt | | | | 15,500.00 |
| Account No. <br><br>John McLeod<br>775 E.Blithedale #390<br>Mill Valley, CA 94941 | - | | 2013<br>Trade debt | | | | 2,000.00 |
| Account No. <br><br>Kevin Reid<br>1020 Borette Lane<br>Napa, CA 94558 | - | | 2013<br>Trade debt | | | | 2,500.00 |

Sheet no. __15__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,350.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re    **BR Festivals, LLC**                               Case No.    **14-10175**

                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kim Baracco<br>2907 Piedmont Ave.<br>Napa, CA 94558 | - | | 2013<br>Commission | | | | 10,000.00 |
| Account No.<br><br>Kim Kaechle<br>2829 Kilburn Ave<br>Napa, CA 94558 | - | | 2013<br>Trade debt | | | | 1,100.00 |
| Account No.<br><br>Kim Thomas<br>9205 Pebble Creek Way<br>Charlotte, NC 28269 | - | | 2013<br>Trade debt | | | | 2,500.00 |
| Account No.<br><br>Kohn Dwight<br>2359 Rainbow Ave<br>Sacramento, CA 95821 | - | | 2013<br>Trade debt | | | | 8,750.00 |
| Account No.<br><br>Kristin Nolan<br>123 W. Ellsworth Ave. # 1<br>Denver, CO 80223 | - | | 2013<br>Trade debt | | | | 4,000.00 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **26,350.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re    **BR Festivals, LLC**                                                      Case No.    **14-10175**
_____ ,
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | 2013 Trade debt | | | | |
| Krystyne Ha 3862 Sark Way San Jose, CA 95111 | | - | | | | | | 1,000.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| La Residence 4066 Howard Lane Napa, CA 94558 | | - | | | | | | 1,753.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Labor Ready SW 1015 "A" St. Tacoma, WA 98402 | | - | | | | | | 738.00 |
| Account No. | | | | 2013 Trade debt | | | | |
| Labrynth 1727 Judah St. San Francisco, CA 94132 | | - | | | | | | 5,000.00 |
| Account No. | | | | 2013 Unfunded tax withholding | | | | |
| Lagunatic Music & Filmworks, Inc. 565 5th Ave New York, NY 10017-2413 | | - | | | | | | 5,250.00 |

| | | |
| --- | --- | --- |
| Sheet no. **17** of **33** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 13,741.00 |

Case: 14-10175   Doc# 30   Filed: 02/26/14   Entered: 02/26/14 15:21:04   Page 18 of 19

Attachment to Debtor's Second Amended Schedule F –
Addresses of Newly Listed Creditors for Matrix

Anheiser Busch
c/o Joseph Wielebinski, Esq.
Munch Hardt Kopf & Harr PC
500 N. Akard St.
Dallas TX 75201-6659

Web Time, Inc.
Attn. Brandon Burnett
1508 Sacramento St.
Vallejo, CA 94590