1  TRACY HOPE DAVIS
   United States Trustee for Region 17
2  Office of the United States Trustee
   235 Pine Street, Suite 700
3  San Francisco, CA 94104-2745
   Telephone: (415) 705-3333
4  Facsimile: (415) 705-3379

5  By:   DONNA S. TAMANAHA (WI#1013199)
         Assistant United States Trustee
6        Email: donna.s.tamanaha@usdoj.gov

7

8                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9                        SANTA ROSA DIVISION

10  In re                          )    No.    14-10175
                                   )
11  **BR FESTIVALS, LLC**,         )    Chapter 11
                                   )
12                  Debtor.        )
                                   )
13                      APPOINTMENT OF THE OFFICIAL
                   COMMITTEE OF UNSECURED CREDITORS
14
           Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region
15
    17, hereby appoints the following unsecured creditors to be members of the official committee of
16
    unsecured creditors in the above captioned case:
17

18        1.     **Crews Unlimited**
                 448 Ignacio Blvd., #136
19               Novato, CA 94949
                 Contact person:  Rick Goodrich, CEO
20

21        2.     **Delicate Productions**
                 874 Verdulera St.
22               Camarillo, CA 930l0
                 Contact person: George Edwards, Owner
23

24        3.     **International Alliance of Theatrical Employees**
                 240 Second Street
25               San Francisco, CA 94105
                 Contact person: Steve Lutge
26

27        4.     **Landmark Event Staffing**
                 4790 Irvine Blvd.
28               Irvine, CA 921620
                 Contact person: Ron Little


APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1

2          5.      **Up and Under Pub**
3                  2 West Richmond Avenue
                   Richmond, CA 94809
4                  Contact person: Nathan Trivers, Owner

5

6  Dated:  February 27, 2014                    TRACY HOPE DAVIS
                                                UNITED STATES TRUSTEE
7
                                        By:      /s/ Donna S. Tamanaha
8                                               Donna S. Tamanaha
                                                Assistant United States Trustee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Debtor
BR Festivals LLC
Attn: Gabe Meyers
P.O. Box 236
Napa, CA 94559

Debtor's attorney
John H. MacConaghy
MacConaghy & Barnier, PLC
645 First St. West, Suite D
Sonoma, CA 95476

Members of the Committee
Crews Unlimited
Attn: Rick Goodrich
448 Ignacio Blvd., #136
Novato, CA 94949

Delicate Productions
Attn: George Edwards
874 Verdulera St.
Camarillo, CA 93010

International Alliance of Theatrical Employees
Attn: Steve Lutge
240 Second Street
San Francisco, CA 94015

Landmark Event Staffing
Attn: Ron Little
4790 Irvine Blvd.
Irvine, CA 92620

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1

2 Up and Under Pub
Attn: Nathan Trivers

3 2 West Richmond Ave.
Richmond, CA 94989

4

5        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
Francisco, California on February 27, 2014.

6

By:   /s/_____

7        Ianthe V. del Rosario

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS