TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:     JULIE M. GLOSSON,
        Trial Attorney (#230709)
        Email: julie.m.glosson@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 14-10175 AJ |
| | ) | |
| **BR FESTIVALS LLC**, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER DENYING DEBTOR'S MOTION TO
### EMPLOY CHIEF RESTRUCTURING OFFICER

The matter of the Debtor's *Motion for Authority to Employ Chief Restructuring Officer* ("Motion") came on for hearing on March 28, 2014 before the Honorable Alan Jaroslovsky. John MacConaghy of MacConaghy & Barnier, PLC appeared for Debtor, Julie M. Glosson appeared for the United States Trustee, and John Fiero of Pachulski Stang Ziehl & Jones LLP appeared for the Official Committee of Unsecured Creditors. Other appearances noted on the record. Following the oral and written arguments of counsel, the Court took the matter under submission and thereafter issued its memorandum of decision filed as Dkt. No. 61. For the reasons set forth therein and good cause appearing, IT IS HEREBY ORDERED that Debtor's Motion is denied without prejudice.

DATED: March 31, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge

ORDER DENYING DEBTOR'S MOTION TO EMPLOY
CHIEF RESTRUCTURING OFFICER: BR FESTIVALS, LLC 14-10175         1